ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IV

| | | |
|---|---|---|
| FÉLIX ALBERTO LEBRÓN YERO<br>Peticionario<br><br>v.<br><br>FILIBERTO LEBRÓN RODRÍGUEZ, MARIA ELENA LEBRÓN RODRÍGUEZ, VANICRUZ LEBRÓN RODRÍGUEZ Y OTROS<br>Recurrido | TA2025RE00003 | *Mandamus* procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Caso Núm.<br>SJ2022CV05888<br><br>Sobre:<br>Daños |

Panel integrado por su presidenta, la jueza Ortiz Flores, el juez Bonilla Ortiz y la jueza Martínez Cordero

Ortiz Flores, Jueza ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de agosto de 2025.

Atendida la *Moción de Desistimiento al Amparo de la Regla 83* presentada el 6 de agosto de 2025 por la parte peticionaria, por conducto de su representación legal, en la cual **desiste voluntariamente** "del recurso de *mandamus* [del epígrafe], presentado el 5 de agosto de 2025 ante nosotros, por haber quedado académico el asunto que le dio origen", **se declara la misma Ha lugar conforme a lo dispuesto en la Regla 83(A) del Reglamento del Tribunal de Apelaciones**, 4 LPRA Ap. XXII-B, R.83(A) y se ordena el archivo del caso.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones